IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANDO L. TREMBLE,<br><br>    Petitioner,<br><br>v.<br><br>R. B. BARNES, Warden,<br><br>    Respondent. | No. C 14-01079 HRL (PR)<br><br>ORDER TO SHOW CAUSE;<br>GRANTING MOTION FOR LEAVE<br>TO PROCEED *IN FORMA PAUPERIS*<br><br><br><br>(Docket No. 2) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner's motion for leave to proceed in forma pauperis, (Docket No. 2), is **GRANTED**.

## BACKGROUND

According to the petition, Petitioner was found guilty of first degree robbery, first degree burglary, transportation of marijuana and two enhancements after a jury trial in Mendocino County. (Pet. 2.) Petitioner was sentenced to 19 years in state prison on May 8, 2009. (Id., Ex. E.)

Petitioner appealed his conviction, and the state appellate court affirmed. (Pet. 3.) The state high court denied review. (Id.) Petitioner also filed petitions for

Order to Show Cause
P:\PRO-SE\HRL\HC.14\01079Tremble_osc&ifp.wpd

writ of habeas corpus in the state courts, and the state high court denied review on October 9, 2012.

Petitioner filed the instant federal habeas petition on March 7, 2014.

## DISCUSSION

A. <u>Standard of Review</u>

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." <u>Id.</u> § 2243.

B. <u>Legal Claims</u>

Petitioner claims the following as grounds for federal habeas relief: (1) there was insufficient evidence to support the robbery conviction; (2) ineffective assistance of counsel for failing to object to the admission into evidence of Petitioner's back tattoos; and (3) the trial court violated Petitioner's right against self-incrimination when he forced him to stand and reveal his back tattoos. Liberally construed, these claims are cognizable under § 2254 and merit an answer from Respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. The Clerk shall serve by certified mail a copy of this order and the petition (Docket No. 1) and all attachments thereto on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

2. Respondent shall file with the court and serve on Petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty (30) days** of his receipt of the answer.

3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and Respondent shall file with the court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

4. Petitioner is reminded that all communications with the court must be served on Respondent by mailing a true copy of the document to Respondent's counsel. Petitioner must also keep the Court and all parties informed of any change of address.

5. Petitioner's motion for leave to proceed <u>in forma pauperis</u>, (Docket No. 2), is **GRANTED**.

This order terminates Docket No. 2.

DATED: 6/9/14

HOWARD R. LLOYD
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

QUANDO L TREMBLE,

    Petitioner,

v.

R. B. BARNES, Warden,

    Respondent.

_____/

Case Number: CV14-01079 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___6/9/14___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Quando Lecharles Tremble T-83130
California Correctional Center
P.O. Box 2210
Susanville, CA 96127-2210

Dated: __6/9/14__

P Cromwell, deputy
Richard W. Wieking, Clerk